**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Leonardo SANCHEZ–RIVERA,**
**Defendant–Appellant.**

**No. 09–50136.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 21, 2010.

Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, Daniel Ackerman, Assistant U.S., Los Angeles, CA, for Plaintiff–Appellee.

Kay Otani, FPDCA–Federal Public Defender's Office, Riverside, CA, Kathryn Ann Young, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Jose Leonardo Sanchez–Rivera appeals from the 30–month sentence imposed fol-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lowing his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sanchez–Rivera contends that the district court erred in calculating his criminal history when it imposed an additional criminal history point pursuant to U.S.S.G. § 4A1.1(e). We do not reach this issue. Because the additional criminal history point would not change the criminal history category, any error was harmless. *See United States v. Cruz–Gramajo*, 570 F.3d 1162, 1174 (9th Cir.2009).

**AFFIRMED.**